UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.                                      Criminal Case No. 20-20341

Dwight Perry,                      Honorable Sean F. Cox

    Defendant.

_____/

## ORDER STRIKING DOCKET ENTRY NO. 113

In this criminal action, Defendant Dwight Perry ("Defendant") is represented by counsel. Nevertheless, acting *pro se*, Defendant filed a "Motion For Relief Of Judgment Pursuant To Civil Rule 60(B)." (ECF No. 113).

Since Defendant has counsel, Defendant is attempting to proceed in a "hybrid" fashion, both through his counsel and *pro se* by way of his motion. *See McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984). Although the Sixth Amendment guarantees defendants the right to conduct their own defense and even represent themselves, *see Farretta v. California*, the right of self-representation does not include the right to proceed in a hybrid manner. *McKaskle*, 465 U.S. at 183; *see also United States v. Mosely*, 810 F.2d 93, 97-98 (6th Cir. 1987). This Court will not allow Defendant to proceed in a hybrid manner in this action will therefore strike Defendant's *pro se* submission. Defendant may seek relief from this Court through his counsel.

Accordingly, **IT IS ORDERED** that ECF No. 113 is hereby **STRICKEN** from the docket.

**IT IS SO ORDERED.**

                                                        <u>s/Sean F. Cox</u>
                                                        Sean F. Cox
                                                        United States District Judge

Dated:  February 14, 2022